UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Cr. No. 21-10158-MLW |
| | ) |
| THIAGO DE SOUZA PRADO, | ) |
| Defendant. | ) |

ORDER

WOLF, D.J.                                                December 2, 2022

It is hereby ORDERED that:

1. Defendant Thiago de Souza Prado's motions for leave to file his proposed pretrial motions (Dkt. Nos. 467, 542, 552) are ALLOWED. The proposed motions and supporting affidavits attached to each of those submissions (Dkt. Nos. 467-1, 467-2, 542-1, 542-2, 552-1, 552-2) shall be deemed filed.

2. A hearing on Prado's 11 pending motions (Dkt. Nos. 322, 339-1, 358-1, 368, 386-1, 461, 467-1, 515-1, 542-1, 546, 552-1) shall be held on January 17, 2023, at 10:00 a.m. at the Moakley Federal Courthouse.

3. If Prado or the government wish to supplement or update their submissions, they shall do so by January 4, 2022, and any responses to such submissions shall be filed by January 11, 2022.

                                      /s/ Mark L. Wolf
                                      UNITED STATES DISTRICT JUDGE

2