UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | NO.  21-cr-10158-MLW |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CLOVIS PLACIDO, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

### **DEFENDANT'S MOTION TO APPEAR BY VIDEO AT PRE-TRIAL CONFERENCE**

The defendant, Clovis Placido, moves this Honorable Court to cancel permit him to appear by video to the pre-trial conference scheduled for January 17, 2022. As reason therefor, Mr. Placido lives in California and does not have the resources to travel across the country to appear in person. He has been deemed indigent by the Court.

                                              Respectfully submitted,
                                              CLOVIS PLACIDO,
                                              By his Attorney,

                                              */s/Keren Goldenberg*
                                              Keren Goldenberg
                                              BBO #657629
                                              19A Alexander Ave.
                                              Belmont, MA  02478
                                              (617) 431-2701

Date: December 16, 2022

## CERTIFICATE OF SERVICE

  This is to certify that I have on this day served a copy of the foregoing upon all counsel of record by electronic filing notice.

          */s/ Keren Goldenberg*
          Keren Goldenberg

Date: December 16, 2022