UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>CLOVIS PLACIDO,      )<br>    Defendant.       ) | Cr. No. 21-10158-MLW |

ORDER

WOLF, D.J.                                        December 16, 2022

Defendant Clovis Placido's Rule 11 hearing is scheduled for December 20, 2022. See Dkt. No. 595. On December 16, 2022, the court ordered Placido to file any plea agreement by December 19, 2022, in advance of his Rule 11 hearing. See Dkt. No. 606. Placido then filed a motion to cancel his Rule 11 hearing (Dkt. No. 608) and a motion to attend the January 17, 2023 pretrial conference virtually (Dkt. No. 609).

It is hereby ORDERED that:

1.   Placido's motion to cancel his Rule 11 hearing (Dkt. No. 608) is DENIED with the understanding that if he does not wish to plead guilty the court will conduct a conference instead. The Rule 11 hearing or conference will be conducted on December 20, 2022 at 2:00 p.m. by videoconference.

2. Placido's Motion to appear virtually at the January 17, 2023 pretrial conference (Dkt. No. 609) is DENIED.

                                        /s/ Mark L. Wolf
                                    UNITED STATES DISTRICT JUDGE