UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>WEMERSON DUTRA AGUIAR, )<br>et al., )<br>    Defendants. | Cr. No. 21-10158-MLW |

ORDER

WOLF, D.J.                                                 December 20, 2022

On November 22, 2022, the court ordered that the defendants who had pled or intended to plead guilty would be sentenced on February 13, 14, 15, 16, and 17, 2023. See Dkt. No. 593.

It is now hereby ORDERED that:

1.  Defendants' sentencings will be conducted at the Moakley Federal Courthouse, at 10:00 a.m. each day, on the following dates:

    A. On February 13, 2023:

        Wemerson Dutra Aguiar

        Edvaldo Rocha Cabral

        Altacyr Dias Guimaraes Neto

    B. On February 14, 2023:

        Saulo Aguiar Ponciano

        Luiz Narciso Alves Neto

        Itallo Felipe Pereira de Sousa Correa

    C. On February 15, 2023:

        Alessandro Felix da Fonseca

       Bruno Proencio Abreu

  D. On February 16, 2023:

       Philipe do Amaral Pereira

       Priscila Barbosa

  E. On February 17, 2023:

       Guilherme da Silveira

       Flavio Candido da Silva

       Julio Vieira Braga

2. As the court anticipates there may be common objections to the Presentence Reports by at least several parties, such as how the amount of loss attributable to each defendant should be calculated, the court will hear argument from all affected parties on any such common issues at a hearing on February 9, 2023, at 10:00 a.m., at the Moakley Federal Courthouse.

/s/ *[signature]*
UNITED STATES DISTRICT JUDGE