United States District Court
District of Massachusetts

FILED
IN CLERKS OFFICE

2022 OCT 20  AM 11: 59

U.S. DISTRICT COURT
DISTRICT OF MASS.

United States of America

V.

Bruno Proencio Abreu
        Defendant,

Case No. 21-cr-10158-7-MLW

## MOTION TO REQUEST NEW COUNSEL

The defendant Bruno Abreu, please ask this District Judge Mark L. Wolf to accept this motion to remove legal Counsel Mr. Thomas Kerner. Attorney Kerner is my self-retained counsel that I can no longer afford to pay, attorney Kerner and I currently have a $ 5.000 balance with which have created a conflict as well as a breakdown in communication to the point where I no longer trust that he will represent my best interest in a sentencing memorandum or at sentencing.

For the above mentioned reasons can you please remove this counsel and give me a Court appointed legal counsel I can no longer afford to pay an attorney, Thanks for your time and help.

Sincerely from Bruno Abreu

Bruno Abreu

October 17/2022

---

It is hereby ORDERED that:

1. Defendant and Mr. Kerner shall confer and, by January 5, 2023, report: (a) whether, if necessary, Mr. Kerner will represent defendant as CJA counsel; and (b) whether defendant still requests new counsel.

2. If necessary, a hearing on this motion shall be held on January 13, 2023, at 2:00 p.m.

WCW. DJ    12/21/22