UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> LUIZ NARCISO ALVES NETO <br><br> Defendant | Case No. 21-cr-10158-MLW-8 |

## DEFENDANT'S ASSENTED TO MOTION TO TAKE TEMPORARY CUSTODY OF PASSPORT IN ORDER TO RENEW DRIVER'S LICENSE

The defendant in the above-referenced matter moves, that this Honorable Court grant Mr. Neto permission to take temporary custody of his passport so that he can renew his Minnesota driver's license.

As a condition of his release, Mr. Neto surrendered his passport to the District of Minnesota Probation Department. He has attempted to renew his driver's license by using a copy of his passport, but the Minnesota Department of Motor Vehicles will not accept a copy of his Brazilian passport, and the actual passport is necessary.

The Court recently scheduled in-person hearings to be conducted in the District of Massachusetts on February 9 and 14 of 2023. Mr. Neto will need a valid form of identification in order to appear personally for those hearings.

Additionally, Mr. Neto has been in full compliance with the terms and conditions of release, which initially consisted of house arrest, but was converted to windows of release by agreement with the government. This request was initially made to undersigned counsel by his Minnesota probation officer, Brad Rupprecht.

For these reasons, defense counsel requests that Mr. Neto be given permission to take temporary custody of his Brazilian passport so that he can obtain a valid driver's license. The

*Allowed*
*W.Y. DJ*
*12/27/22*