UNITED STATES DISTRICT
COURT DISTRICT OF
MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | Criminal No. 1:21-CR-10158 |
| ) | |
| PHILIPE DO AMARAL PEREIRA ) | |

### RESPONSE TO COURT ORDER

In response to the Court's order issued on January 13, 2023, [Doc. 648], Defendant Philipe Do Amaral Pereira respectfully requests that this Honorable Court waive his attendance at the February 13, 2023 hearing.

Respectfully submitted,
PHILIPE DO AMARAL PEREIRA
By his attorney

*/s/ Claudia Lagos*
Claudia Lagos
B.B.O. #681504
Scully & Lagos
10 Post Office Square
Boston, MA  02109
Tel: 617-307-5055

1

CERTIFICATE OF SERVICE

     I hereby certify that, on the below date, this document was filed through the ECF system which sends copies electronically to the registered participants as identified on the Notice of Electronic Filing.

                                           /s/ Claudia Lagos
                                           Claudia Lagos
                                           B.B.O. #681504
                                           Scully & Lagos
                                           10 Post Office Square
                                           Boston, MA  02109
                                           Tel: 617-307-5055

January 27, 2023