UNITED STATES OF AMERICA
DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 2021-CR-10158-MLW

UNITED STATES OF AMERICA

V.

BRUNO ABREU

## WAIVER OF APPEARANCE FOR FEBRUARY 9, 2023 HEARING

Now comes the defendant and waives his right to be present for the scheduled common issues hearing the Court will conduct on February 9, 2023.  The defendant has signed a plea agreement in which the parties have agreed to certain Guideline calculations.

**Respectfully Submitted,**
**BRUNO ABREU,**

**By his attorney:**

/s/ Thomas Kerner
_____
**THOMAS KERNER**
**MA BBO # 552373**
**Attorney at Law**
**240 Commercial St., Suite 5A**
**Boston, MA  02109**
**(617) 720-5509**

**CERTIFICATE OF SERVICE**

    I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing [NEF] and paper copies will be sent to those indicated as non-registered participants.

**Date:**     1/31/2023                         /s/ Thomas Kerner
                                                                  _____
                                                                  **Thomas Kerner**
                                                                  **BBO# 552373**